**MICHAEL P. MADDEN, ESQUIRE**
**MADDEN & MADDEN, P.A.**
108 KINGS HIGHWAY EAST - SUITE 200
POST OFFICE BOX 210
HADDONFIELD, NEW JERSEY 08033
TEL: (856) 428-9520
Attorneys for Defendants, Paulsboro High School, Paulsboro Public School District, the Paulsboro Board of Education, Lucia Pollino, Individually and as Principal of Paulsboro High School, David Platt, Individually and as a teacher at Paulsboro High School and Edward Ross, Individually and as a teacher at Paulsboro High School

[Doc. No. 3]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RYAN HOEHN, EDWARD WURTENBERGER, JUSTIN SULLIVAN<br><br>Plaintiffs,<br><br>vs.<br><br>PAULSBORO HIGH SCHOOL, PAULSBORO PUBLIC SCHOOL DISTRICT, PAULSBORO BOARD OF EDUCATION, LUCIA POLLINO, Individiually and as Principal of Paulsboro High School, DAVID PLATT, Individually and as a teacher at Paulsboro High School, EDWARD ROSS, Individually and as a teacher at Paulsboro High School, JOHN DOE I-X, all fictitious names, JAMES DOES I-X, all fictitious names, j/s/a<br><br>Defendants. | CIVIL ACTION NO 08-CV-2605<br><br><br>**ORDER EXTENDING TIME TO ANSWER** |

THIS MATTER having come before the Court on motion of Madden & Madden, counsel for the defendants, Paulsboro High School, Paulsboro Public School District, the

Paulsboro Board of Education, Lucia Pollino, Individually and as Principal of Paulsboro High School, David Platt, Individually and as a teacher at Paulsboro High School and Edward Ross, Individually and as a teacher at Paulsboro High School, and the Court having considered the moving papers, and plaintiffs consenting to the entry of this Order, and for good cause having been shown;

IT IS ON this 4th day June, 2008 ORDERED that:

The time within which the defendants, Paulsboro High School, Paulsboro Public School District, the Paulsboro Board of Education, Lucia Pollino, Individually and as Principal of Paulsboro High School, David Platt, Individually and as a teacher at Paulsboro High School and Edward Ross, Individually and as a teacher at Paulsboro High School, may file an Answer is extended until June 16, 2008.

A copy of this Order will be provided to all counsel within 3 days of receipt of this Order.

Joel Schneider, U.S.M.J.

2